JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. IRISH,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 2:19-cv-01531-JCM-EJY<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from September 26, 2019 through and including **October 17, 2019**. The request was made by Equifax, and

. . .

. . .

. . .

. . .

. . .

. . .

Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 27th day of September, 2019.

CLARK HILL PLLC

By: /s/
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

| | |
|---|---|
| **No opposition** | Matthew I. Knepper, Esq. |
| | Nevada Bar No. 12796 |
| /s/ Shaina R. Plaksin | Miles N. Clark |
| David H. Krieger, Esq. | Nevada Bar No. 13848 |
| Nevada Bar No. 9086 | Shaina R. Plaksin |
| HAINES & KRIEGER, LLC | Nevada Bar No. 13935 |
| 8985 S. Eastern Ave., Suite 350 | KNEPPER & CLARK LLC |
| Henderson, NV 89123 | 5510 So. Fort Apache Rd., Suite 30 |
| Phone: (702) 880-5554 | Las Vegas, NV 89148 |
| Fax: (702) 385-5518 | Phone: (702) 856-7430 |
| Email: dkrieger@hainesandkrieger.com | Fax: (702) 447-8048 |
| | Email: matthew.knepper@knepperclark.com |
| | Email: miles.clark@knepperclark.com |
| | Email: shaina.plaksin@knepperclark.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

/s/ Cayna J. Bouchah
United States Magistrate Judge
DATED: September 30, 2019

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 27th day of September, 2019, via CM/ECF, upon all counsel of record:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com


Matthew I. Knepper, Esq.
Miles N. Clark
Shaina R. Plaksin
Knepper & Clark LLC
5510 So. Fort Apache Rd., Suite 30
Las Vegas, NV 89148
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com
shaina.plaksin@knepperclark.com

By: /s/    Joyce Ulmer
AN EMPLOYEE OF CLARK HILL, PLLC